# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

**Dated: February 24, 2011**



_____

**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-01803

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:11-BK-01131-GBN |
| George Demcak and Meredith Demcak<br>　　　Debtors. | Chapter 7 |
| Chase Home Finance LLC<br>　　　Movant,<br>vs.<br>George Demcak and Meredith Demcak, Debtors,<br>Lawrence J. Warfield, Trustee.<br>　　　Respondents. | ORDER<br><br>(Related to Docket #25) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 12, 2008 and recorded in the office of the Maricopa County Recorder wherein Chase Home Finance LLC is the current beneficiary and George Demcak and Meredith Demcak have an interest in, further described as:

> Unit 2, SABINAS CONDOMINIUMS, according to Declaration of Horizontal Property Regime recorded in Document No. 2004-1090803, and plat recorded in Book 703 of Maps, Page 32, records of Maricopa County, Arizona.
>
> EXCEPT all minerals as reserved unto the United States of America in Patent of said land recorded in Docket 1839, Page 426; and also
>
> EXCEPT all oil, gases, and other hydrocarbon substances, coal, stone, metals, minerals, fossils and fertilizers of every name and description, together with all uranium, thorium or any other material which may be determined to be peculiarly essential to the production of fissionable materials, whether or not of commercial value.
>
> EXCEPT all underground water in, under or flowing through said land and water rights appurtenant thereto.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.